EMMA WHITTAKER, as Administratrix of the Estate of ERNEST WHITTAKER, Deceased, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

(Argued February 19, 1931; decided March 24, 1931.)

*K. O. Mott-Smith, William Mann* and *Jacob Aronson* for appellant.

*Sidney A. Syme* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: POUND and HUBBS, JJ.